Adam M. Starr, CSB #246292
AdamStarr@MarkowitzHerbold.com
Ursula M. Lalović, CSB #215551
UrsulaLalovic@MarkowitzHerbold.com
Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
Facsimile: (503) 323-9105
*Attorneys for Petitioners*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DMCA Subpoena to Roblox Corporation, | Case No.<br><br>**REQUEST TO ISSUE SUBPOENA UNDER 17 U.S.C. § 512(H)** |

TO:    Clerk of the Court
         United States District Court, Northern District of California
         450 Golden Gate Avenue
         San Francisco, CA  94102

Pursuant to 17 U.S.C. § 512(h), petitioners Spyder Games LLC and Speedy Simulator Gaming, LLC ("petitioners") hereby request that the Clerk of the Court issue the proposed subpoena attached to this request to Roblox Corporation, to identify alleged infringers of petitioners' copyright protected work.

The following is attached, as required by 17 U.S.C. § 512(h)(2):

1.    A copy of the DMCA take down notice to Roblox, attached as **Exhibit 1**.

2.    A screenshot of the DMCA take down notice made to Roblox through its online rights management platform, attached as **Exhibit 2**.

3.    A proposed subpoena, attached as **Exhibit 3**.

4.    A sworn declaration as to the purpose of the subpoena, which is contained at the end of this Request.

Petitioners respectfully request that the Clerk expeditiously issue and sign the proposed subpoena pursuant to 17 U.S.C. § 512(h)(4) and send it to its counsel, Adam Starr, by email at

1  AdamStarr@MarkowitzHerbold.com, or alternatively, by mail to: 1455 SW Broadway, Suite
2  1900, Portland, OR 97201.
3        DATED:  November 18, 2025.    MARKOWITZ HERBOLD PC

*s/Adam M. Starr*
Adam M. Starr, CSB #246292
AdamStarr@MarkowitzHerbold.com
Ursula M. Lalović, CSB #215551
UrsulaLalovic@MarkowitzHerbold.com
Joseph M. Levy, CSB #329318
JosephLevy@MarkowitzHerbold.com
*Attorneys for Petitioners*

**DECLARATION PURSUANT TO 17 U.S.C. § 512(h)(2)(C)**

I, Adam M. Starr, declare as follows:

1. I am an attorney licensed to practice in the State of California and the Northern District of California. I am an attorney at Markowitz Herbold, PC. I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would testify competently and under oath to the same.

2. I am authorized to act on behalf of the petitioners on matters involving the infringement of certain copyrighted works as detailed herein. This declaration is made in support of the accompanying proposed subpoena, pursuant to 17 U.S.C. § 512(h)(2)(C).

3. The purpose of the subpoena sought in this action is to obtain the identity of alleged copyright infringers, as described in the proposed subpoena. The information obtained will be used only for the purpose of protecting the rights granted to the copyright holders, Spyder Games LLC and Speedy Simulator Gaming, LLC, under Title 17 of the United States Code.

I declare under penalty of perjury the foregoing is true and correct.

Executed on November 18, 2025 in Portland, Oregon

*s/Adam M. Starr*
Adam M. Starr, CSB #246292

2383222.1