November 15, 2025

**Via Email**
Roblox Legal
copyright_agent@roblox.com

**Re: DMCA Notice**

Dear Roblox Copyright Agent:

I write pursuant to the Digital Millennium Copyright Act and request that you remove the infringing work, as described below.

**Description and location of protected work**
Spyder Games LLC holds the registered copyright (US Copyright Reg. PA0002544969) for certain intellectual property rights contained in the Roblox game known as Steal a Brainrot, located here:
https://www.roblox.com/games/109983668079237/Steal-a-Brainrot (the "Protected Work")

**Description and location of infringing work**
The infringing work is located here:
https://www.roblox.com/games/127080713564152/Steal-a-Latamrot ("Infringing Work")

The Infringing Work infringes many protectible elements of the Protected Work, including without limitation, artwork, maps, menus, design, aesthetics, layouts, level designs, color, shapes, user interface and in-game assets.  The similarities are not merely the result of the games existing in the same genre or dictated by function.  The owners of the Infringing Work made conscious decisions to copy the creative choices and unique designs that were implemented in the Protected Work.

☐   Attached as **Exhibit 1** are side by side screenshots of my work and the infringing work.

**Contact Information**

Address: 2221 26th Street, Kenner, LA 70062

Email: sammy@dobigstudios.com

1—DMCA TAKE DOWN REQUEST

**Good Faith Belief**

I have a good faith belief that the use of the content in the manner complained of in this notice is not authorized by the copyright owner, its agent, or the law.

**Penalty of Perjury**

The information in this notice is accurate, and under penalty of perjury I certify that I am authorized to act on behalf of the owner of the intellectual property rights described above.

Sincerely,


Spyder Games, LLC
Sam Brakta, Authorized Signatory
/s/ Sam Brakta

2—DMCA TAKE DOWN REQUEST

**Exhibit 1**



3—DMCA TAKE DOWN REQUEST



4—DMCA TAKE DOWN REQUEST