| Takedown | efa26a18 | 1 of 1 reviewed | 11/9/2025 |
| --- | --- | --- | --- |

| Reported Creation | My Creation | Status | Description | Files |
| --- | --- | --- | --- | --- |
| [ Content Deleted ] @RoVe Development | [😵] Steal a Brainrot @BRAZILIAN SPYDER | ↑ Approved | 1:1 copy with different models, UI layout is identical etc | - |

Rows per page:

| Takedown | 63148d03 | 1 of 1 reviewed | 11/9/2025 |
| --- | --- | --- | --- |

| Reported Creation | My Creation | Status | Description | Files |
| --- | --- | --- | --- | --- |
| [ Content Deleted ] @RoVe Development | [😵] Steal a Brainrot @BRAZILIAN SPYDER | ↑ Approved | 1:1 Copy | - |